**United States District Court**
For the Northern District of California

1   **\*\* E-filed March 15, 2012 \*\***

2

3

4

5

6

7                                    NOT FOR CITATION

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11  LSI CORPORATION,                    No. C12-80061 LHK (HRL)

12                Plaintiff,            **ORDER (1) TERMINATING MOTION
                                        TO QUASH; (2) DIRECTING**
13         v.                           **COMPLIANCE WITH THIS COURT'S
                                        STANDING ORDER RE CIVIL**
    VIZIO, INC.,                        **DISCOVERY DISPUTES; (3)**
14                                      **DENYING AS MOOT PLAINTIFF'S**
                  Defendant.            **REQUEST TO EXTENSION OF TIME**
15

16                                      **[Re: Docket No. 1, 6]**

17  _____/

18

19         Non-party Mediatek USA Inc. ("Mediatek") moves to quash a subpoena prepared by LSI

20  Corporation ("LSI") and issued by the United States District Court for the Central District of

21  California. Dkt. No. 1. In the alternative, Mediatek a protective order prohibiting the taking of any

    deposition pursuant to the subpoena. Id. LSI has requested a short extension of time to respond to
22
    the motion. Dkt. No. 6.
23
           Discovery matters having been referred to the undersigned for disposition, the motion to
24
    quash will be terminated. The parties shall instead comply with the undersigned's Standing Order re
25
    Civil Discovery Disputes, a copy of which is available on the court's website at
26
    http://cand.uscourts.gov. Accordingly, plaintiff's motion for an extension of time to respond is
27
    denied as moot.
28
           **IT IS SO ORDERED.**

United States District Court

For the Northern District of California

1    Dated: March 15, 2012

2    _____
     HOWARD R. LLOYD
3    UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**C12-80061 LHK (HRL) N**otice will be electronically mailed to:

| | |
|---|---|
| Aaron Renfro | arenfro@calljensen.com |
| Kevin McBride | kgmcbride@jonesday.com |
| Kimberly Chase | kimberly.chase@haynesboone.com |
| John Hintz | john.hintz@haynesboone.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

<div style="text-align: center; font-weight: bold;">United States District Court<br>For the Northern District of California</div>