**\*\* E-filed March 15, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LSI CORPORATION,<br><br>　　　　Plaintiff,<br>v.<br>VIZIO, INC.,<br>　　　　Defendant.<br>_____/ | No. C12-80061 LHK (HRL)<br><br>**ORDER (1) TERMINATING MOTION TO QUASH; (2) DIRECTING COMPLIANCE WITH THIS COURT'S STANDING ORDER RE CIVIL DISCOVERY DISPUTES; (3) DENYING AS MOOT PLAINTIFF'S REQUEST TO EXTENSION OF TIME**<br><br>[Re: Docket No. 1, 6] |

　　　Non-party Mediatek USA Inc. ("Mediatek") moves to quash a subpoena prepared by LSI Corporation ("LSI") and issued by the United States District Court for the Central District of California. Dkt. No. 1. In the alternative, Mediatek a protective order prohibiting the taking of any deposition pursuant to the subpoena. Id. LSI has requested a short extension of time to respond to the motion. Dkt. No. 6.

　　　Discovery matters having been referred to the undersigned for disposition, the motion to quash will be terminated. The parties shall instead comply with the undersigned's Standing Order re Civil Discovery Disputes, a copy of which is available on the court's website at http://cand.uscourts.gov. Accordingly, plaintiff's motion for an extension of time to respond is denied as moot.

　　　**IT IS SO ORDERED.**

Dated: March 15, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-80061 LHK (HRL) N**otice **will be electronically mailed to:**

| | |
|---|---|
| Aaron Renfro | arenfro@calljensen.com |
| Kevin McBride | kgmcbride@jonesday.com |
| Kimberly Chase | kimberly.chase@haynesboone.com |
| John Hintz | john.hintz@haynesboone.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**